IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| STEPHEN HALE, | CV 18–04–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID J. SHULKON, M.D., Secretary of the United States Department of Veterans Affairs; and DOES 1–5, | |
| Defendant. | |

FILED

JUL 24 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

Plaintiff having filed a motion to dismiss on July 18, 2018,

Accordingly, IT IS ORDERED that the motion (Doc. 6) is GRANTED and this case is DISMISSED.

DATED this 24th day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court